DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JEREMY D. POWERS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1378
_____

November 15, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

Jeremy D. Powers, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, VILLANTI, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.